IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| VS. | ) No. 3:14-00037 |
| | ) MAGISTRATE BRYANT |
| MARTHA SANDOVAL ROSALES | ) |

*ORDER:*
*Without opposition,*
*This motion is granted.*
*John Bryant,*
*USMJ*

## MOTION TO AMEND CONDITIONS OF PRE-TRIAL RELEASE

Comes now the Defendant, Martha Sandovol Rosales, by and through counsel, hereby requests this Honorable Court to amend the conditions of her pre-trial release. Defendant would submit that she is currently on pre-trial release residing at 303 Pleasant Valley Drive, Dickson, Tennessee. Defendant wishes to change her resident address to 909 East Depot Street, Shelbyville, Tennessee. Defendant wishes to reside with her brother for financial reasons.

Attorney for Defendant has contacted Sandy Moses in the United States Attorney's office who indicated that she would defer to the discretion of pre-trial probation.

**Respectfully Submitted,**

/s/Jim Todd   /s/Katie Hagan
Jim Todd  #16320
Katie Hagan #022122
218 Third Avenue North, Suite 200
Nashville, Tennessee  37201
Phone: (615) 628-9111

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 6th day of April, 2014.

/s/ Jim Todd  /s/ Katie Hagan
Jim Todd     Katie Hagan